1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CARRILLO

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION
                                          *E-FILED - 2/13/06*

10  UNITED STATES OF AMERICA,      )   No. CR 05-00800 RMW
                                   )
11              Plaintiff,         )   **STIPULATION TO CONTINUE**
                                   )   **HEARING AND EXCLUDE TIME;**
    v.                             )   **ORDER**
12                                 )
    CARLOS CARRILLO,               )
13                                 )
                Defendant.         )
14  _____)

15          Defendant and the government, through their respective counsel, hereby stipulate that,

16  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

17  Monday, February 13, 2006, at 9:00 a.m., be continued to Monday, March 13, 2006, at 9:00 a.m.

18  The parties agree that the hearing should be continued because the government is in the process

19  of providing additional discovery to the defense, including copies of audio recordings.

20          The parties further agree that time should be excluded under the Speedy Trial Act because

21  the defense requires time to review the additional discovery, such that the ends of justice

22  outweigh the defendant's and the public's need for a speedy trial.

23  Dated: 2/9/06                    _____/s/_____
                                     LARA S. VINNARD
24                                   Assistant Federal Public Defender

25  Dated: 2/9/06                    _____/s/_____
                                     MATTHEW LAMBERTI
26                                   Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING DATE
No. CR 05-00800 RMW                    1

1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN JOSE DIVISION

11   UNITED STATES OF AMERICA,          )      No. CR 05-00800 RMW
                                        )
12                   Plaintiff,         )      **ORDER CONTINUING**
     v.                                 )      **HEARING AND EXCLUDING TIME**
13                                      )
     CARLOS CARRILLO,                   )
14                                      )
                     Defendant.         )
15   _____)

16          The parties have jointly requested a continuance of the hearing set for February 13, 2006,

17   on grounds that the government is providing additional discovery to the defense, and the defense

18   requires time to review it.

19          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

20   presently set for February 13, 2006, be continued to March 13, 2006, at 9:00 a.m.

21          Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time

22   from February 13, 2006, to March 13, 2006, shall be excluded from the period of time within

23   which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

24

25   Dated:  2/13/06                        /S/ RONALD M. WHYTE_____
                                            RONALD M. WHYTE
26                                          United States District Judge