UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 4/14/06*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CARLOS CARRILLO,<br><br>    Defendant. | No. CR 05-00800 RMW<br><br>ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |

This matter came before the Court for a status hearing on Monday, March 13, 2006. Counsel for the government and the defendant were present. Based on the hearing, the request of the defendant, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the defendant needs additional time for investigation and effective preparation, including obtaining translations of Spanish conversations in audiotapes.

IT IS HEREBY ORDERED that this case is continued to Monday, April 3, 2006 at 9:00 a.m. for setting or disposition.

IT IS FURTHER ORDERED that the period of time from March 13, 2006 through and including April 3, 2006 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED:  4/14/06

                                       /S/ RONALD M. WHYTE
                                       RONALD M. WHYTE
                                       United States District Judge

1  Copies to be served on:
2  MATTHEW A. LAMBERTI
   Assistant United States Attorney
3  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
4
   LARA VINNARD
5  Assistant Federal Public Defender
   160 W. Santa Clara Street, Suite 575
6  San Jose, California 95113
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28