1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                *E-FILED 8/3/06*

| UNITED STATES OF AMERICA, | ) | No. CR 05-00800 RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [] ORDER** |
| v. | ) | |
| CARLOS CARRILLO, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, July 24, 2006, at 9:00 a.m., be continued to Monday, August 28, 2006, at 9:00 a.m.  (jg) The parties agree that the hearing should be continued because the defense requires time to consider a settlement offer extended by the government, and is conducting further investigation.

The parties further agree that time should be excluded under the Speedy Trial Act because the defense requires time for preparation and investigation, such that the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 7/25/06                    _____/s/_____
                                  LARA S. VINNARD
                                  Assistant Federal Public Defender

Dated: 7/25/06                    _____/s/_____
                                  MATTHEW LAMBERTI
                                  Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. CR 05-00800 RMW                         1

1
2
3
4
5
6
7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,              )   No. CR 05-00800 RMW
                                            )
12 |             Plaintiff,                 )   **[] ORDER CONTINUING**
   | v.                                     )   **HEARING AND EXCLUDING TIME**
13 |                                        )
   | CARLOS CARRILLO,                       )
14 |                                        )
   |             Defendant.                 )
15 | _____ )

16    The parties have jointly requested a continuance of the hearing set for July 24, 2006, on

17 grounds that the government has extended a settlement offer, and the defense requires time to

18 review the offer and conduct additional investigation.

19    GOOD CAUSE APPEARING, GOOD CAUSE APPEARING, the Court finds pursuant

20 to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in

21 Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the

22 defendant's and the public's interests in a speedy trial inasmuch as the defendant needs

23 additional time for preparation and investigation.

24    Accordingly, IT IS HEREBY ORDERED that the hearing date presently set for July 24,

25 2006, be continued to August 28, 2006, at 9:00 a.m.        (jg)

26    Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. CR 05-00800 RMW                    1

1 | from July 24, 2006, to August 28, 2006, shall be excluded from the period of time within which

2 | trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

3

4 | Dated: _____
   | RONALD M. WHYTE
5 | United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

(jg)

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. CR 05-00800 RMW                    2