BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION              *E-FILED - 9/15/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0800 RMW |
| Plaintiff, | STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER |
| v. | |
| CARLOS CARRILLO, | |
| Defendant. | |

## STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, August 28, 2006, at 9:00 a.m., be continued to Monday, September 18, 2006, at 9:00 a.m. The defense requests the continuance on the following grounds: Defense investigation is ongoing, and the parties are attempting to negotiate a resolution of the case. Additionally, defense counsel is unavailable in late August.

The parties further agree that time should be excluded under the Speedy Trial Act until the next hearing of this matter because the defendants require time for investigation and preparation, and the ends of justice outweigh the defendants' and the public's need for a speedy trial.

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-0800 RMW                            1

Dated: 8/23/06

*/s/ Lara S. Vinnard*
LARA S. VINNARD
Assistant Federal Public Defender
Attorney for Carlos Carrillo

Dated: 8/23/06

*/s/ Matt Lamberti*
MATT LAMBERTI
Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for August 28, 2006, on the grounds that the defense investigation is ongoing and the parties are attempting to negotiate a resolution of this case. Additionally, defense counsel will be unavailable in late August.

GOOD CAUSE APPEARING, GOOD CAUSE APPEARING, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests of justice in a speedy trial inasmuch as the defendant needs additional time for preparation and investigation.

Accordingly, IT IS HEREBY ORDERED that the hearing date presently set for August 28, 2006, be continued to September 18, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from August 28, 2006 to September 18, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 9/15/06

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-0800 RMW            2