1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 3/22/07*

| UNITED STATES OF AMERICA, | ) | No. CR 05-00800 RMW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [] |
| | ) | ORDER CONTINUING SENTENCING |
| v. | ) | |
| CARLOS CARRILLO, | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff United States of America, by and through Assistant United States Attorney

Matthew A. Lamberti, and defendant Carlos Carrillo, by and through his counsel Lara Vinnard,

hereby AGREE AND STIPULATE to continue the date set for sentencing in this matter from

March 26, 2007 to April 9, 2007 at 1:30 p.m.  The reason for the continuance is that the Assistant

United States Attorney assigned to the case will not be unavailable due to unanticipated official

travel.  The United States has conferred with opposing counsel and the probation officer assigned

to the case and been informed that those parties would be available on the changed date if the

motion is granted.


DATED:  3/15/07                          SCOTT N. SCHOOLS
                                         United States Attorney

                                                 /s/
                                         _____
                                         MATTHEW A. LAMBERTI
                                         Assistant United States. Attorney


                                                 /s/
DATED:  3/15/07                          _____
                                         LARA VINNARD
                                         Counsel for the Defendant


U.S. V. CARRILLO STIPULATION AND ORDER  CR 05-00800 RMW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[] ORDER

Based upon the foregoing, and good cause appearing, IT IS HEREBY ORDERED THAT the date for the sentencing hearing in this case be continued from March 26, 2007 to April 9, 2007 at 1:30 p.m.

IT IS SO ORDERED.

DATED: 3/22/07

_Ronald M. Whyte_
HON. RONALD M. WHYTE
United States District Judge

U.S. V. CARRILLO STIPULATION AND ORDER  CR 05-00800 RMW

1   Distribute to:

2   MATTHEW A. LAMBERTI
    Assistant United States Attorney
3   150 Almaden Boulevard, Suite 900
    San Jose, California 95113

4
    LARA VINNARD
5   Assistant Federal Public Defender
    160 W. Santa Clara Street, Suite 575
6   San Jose, California 95113

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. V. CARRILLO STIPULATION AND ORDER  CR 05-00800 RMW